## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

CONNIE FRANCES FREEMAN,

        Plaintiff,

v.                                                                  CIVIL ACTION NO. 3:10-0357

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

### MEMORANDUM OPINION AND ORDER

      This action was referred to the Honorable Cheryl A. Eifert., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Motion for Judgment on the Pleadings be denied, Defendant's Motion for Judgment on the Pleadings be granted, the decision of the Commissioner be affirmed, and this action be dismissed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the Plaintiff's Motion for Judgment on the Pleadings, **GRANTS** Defendant's Motion for Judgment on the Pleadings, **AFFIRMS** the decision of the Commissioner, and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      May 13, 2011

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE